# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Brandon John Bentson and Crystal Lee Bentson
Chapter 7 Case No. 10-31276

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Now Care Medical Centers<br>8301 Golden Valley Road Suite 300<br>Golden Valley, MN 55427 | 4 | 50.00 | 1.42 |

Date: November 15, 2010

_____
Trustee